

**Dated: April 08, 2011 14:29:43**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Weldon Eugene Poarch, Jr.; ) | Case No.    10-17237-SH |
| aka Weldon E. Poarch, Jr.; ) | Chapter    7 |
| aka Weldon E. Poarch; ) | |
| aka Weldon Poarch and ) | |
| Judith Kay Poarch; ) | |
| aka Judith K. Poarch; ) | |
| aka Judith Poarch, ) | |
| ) | |
| DEBTORS. ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY
AND MOTION FOR ORDER OF ABANDONMENT**

All findings of fact and conclusions of law are based upon representation of Counsel:

1.     U.S. Bank, N.A. filed a Motion for Relief from the Automatic Stay, Motion for Order of Abandonment and Notice of Opportunity for Hearing (the "Motion") on March 15, 2011, regarding the real property described as:

> Lot 7, MEADOR Estates, a Subdivision in Raytown, Jackson County, Missouri, commonly known as 6325 Ralston Avenue, Raytown, Missouri 64133

18853/BK

(the "Property").

2.      The Motion was served pursuant to Local Rule 9007 to the official mailing matrix which includes the Debtors, their counsel and the Trustee on March 15, 2011, as indicated by the Certificate of Mailing attached to the Motion.

3.      The deadline for filing an objection to the Motion was April 3, 2011 and no objections have been filed.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that the stay imposed by 11 U.S.C. Section 362 is hereby modified and U.S. Bank, N.A. is entitled to pursue its remedies against the Property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that all interest the Trustee may have in and to the Property is hereby abandoned.

# # #

Submitted by:

s/ Michael J. George
Brian J. Rayment, OBA #7441
Amy Collins, OBA #18033
Michael J. George, OBA #22570
Kivell, Rayment and Francis, P.C.
Triad Center I, Suite 550
7666 East 61st Street
Tulsa, Oklahoma 74133
Phone: (918) 254-0626
Facsimile: (918) 254-7048
E-mail: mgeorge@kivell.com

ATTORNEYS FOR CREDITOR

18853/BK